**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PRESTON TOWNSON,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 1:22-00251-KD-N** |
| | ) | |
| **MERRICK GARLAND,** *et al.,* | ) | |
|     **Defendants.** | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 17, 2022, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendants' motion to dismiss Count Three of the Plaintiff's Complaint (Doc. 14) is **GRANTED** and Count Three is **DISMISSED.**

**DONE** and **ORDERED** this the **12th** day of **December 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**