# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PRESTON B. TOWNSON,** : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 1:22-00251-KD-N |
| : | |
| **MERRICK GARLAND, UNITED** : | |
| **STATES ATTORNEY GENERAL,** *et al.,* : | |
| Defendants. : | |

## JUDGMENT

In accordance with the Order issued on March 1, 2024 (Doc. 79), it is hereby **ORDERED, ADJUDGED,** and **DECREED,** that Judgment is entered in favor of Preston B. Townson and against Defendants Merrick B. Garland, United States Attorney General, the United States Department of Justice, and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

**DONE** and **ORDERED** this the **11th** day of **March 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**